IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DIONTE JERMAINE DAVIS,

      Appellant,

v.                                          Case No.  5D16-3575

DEPARTMENT OF CORRECTIONS AND
STATE OF FLORIDA,

      Appellees.
_____/

Opinion filed April 21, 2017

Appeal from the Circuit Court
for Sumter County,
William H. Hallman, III, Judge.

Dionte Jermaine Davis, Live Oak, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Caroline Johnson Levine, Assistant Attorney General, Tampa, for Appellee, State of Florida.

 No Appearance for Other Appellee.

PER CURIAM.

      We affirm the dismissal of the petition for habeas corpus filed in the circuit court by Dionte Davis without prejudice to Davis filing, in the future, a proper petition in the appropriate court at the appropriate time.

      AFFIRMED without prejudice.

SAWAYA, WALLIS, and LAMBERT, JJ., concur.